IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

    v. : CRIMINAL NO. 21-200

**RAPHAEL ROSS** :

**O R D E R**

**AND NOW**, this **16th** day of **November, 2022**, upon consideration of the motion to suppress (ECF No. 22), the responses and replies, and after an August 10, 2022 evidentiary hearing, and further briefing thereafter, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

    1.   Defendant's motion to supplement his motion to suppress (ECF No. 37) is **GRANTED**;

    2.   The government's motion to exclude cross-examination (ECF No. 28) is **DENIED without prejudice**; and

    2.   Defendants' motion to suppress (ECF No. 22) is **DENIED**.

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**